**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAIME SAUL MORALES, | ) | NO. ED CV 13-01673-VBF-SH |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID LONG, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of respondent David Long and against petitioner Jaime Saul Morales.

DATED: December 23, 2013

*Valerie Baker Fairbank*

———————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE